

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00229-CV

**IN RE** Linda **LEESER**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
                Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed:  April 17, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On April 11, 2013, Relator Linda Leeser filed a petition for writ of mandamus. This court has determined that Leeser is not entitled to the relief sought. Therefore, the petition is DENIED. TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2006-CI-14491, styled *In the Interest of S.O.L.*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Janet Littlejohn, presiding. However, the order complained of was signed by the Honorable Eugenia "Genie" Wright presiding judge of County Court No. 7, Bexar County, Texas.